# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

RE:  Henry Lee Bly Jr.                                        Case No. 21-33458

## DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR

The debtors having filed a petition under Chapter 13, title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That until further Directive from the Trustee, the debtor(s) shall pay to SUZANNE E. WADE, TRUSTEE, P.O. BOX 983, Memphis Tennessee 38101-0983, **$50.00 in December 2021** and then **$2,450.00 Monthly** beginning **January 2022**.

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated: January 6, 2022

                                       **/S/Suzanne E. Wade**
                                       Suzanne E. Wade, Trustee
                                       Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor(s) on the date above written.

                                       **/S/Suzanne E. Wade**
                                       Suzanne E. Wade, Trustee